*See* Ariz. S.Ct. R. 27(a)(5). Any court fees and costs incurred in state proceedings shall be paid by Respondents. *See* Ariz. S.Ct. R. 27(a)(3)(D). The panel otherwise retains jurisdiction over this appeal.

QUESTIONS CERTIFIED.

■

**Cathy FREESTONE, individually, on behalf of their minor children and on behalf of all others similarly situated, Susan Harrington, individually, on behalf of their minor children and on behalf of all others similarly situated, Sonya Madrid, individually, on behalf of their minor children and on behalf of all others similarly situated, Judith Rogers, individually, on behalf of their minor children and on behalf of others similarly situated, Esperanza Laustaunau, individually, on behalf of their minor children and on behalf of others similarly situated, Plaintiffs–Appellants,**

v.

**Linda J. BLESSING, Director, Arizona Department of Economic Security,\* Defendant–Appellee.**

No. 93–16697.

United States Court of Appeals, Ninth Circuit.

June 20, 1997.

Before: REINHARDT, THOMPSON and KLEINFELD, *Circuit Judges.*

### ORDER

This case is remanded to the district court for further proceedings consistent with the

Supreme Court's opinion, *Blessing v. Freestone,* —— U.S. ——, 117 S.Ct. 1353, 137 L.Ed.2d 569 (1997).

■

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus Felix GUTIERREZ, Defendant–Appellant.**

No. 96–50274.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 11, 1997.

Decided June 24, 1997.

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c), Linda J. Blessing is substituted as defendant-appellee in place of her predecessor in office, Charles E. Cowan.